902 F.2d 1565
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Rocky Dee HINES, Plaintiff-Appellant,
v.
PHP CORPORATION, Defendant-Appellee.
 No. 89-7822.
 United States Court of Appeals, Fourth Circuit.
 Submitted Jan. 25, 1990.
Decided April 25, 1990.
 
 Appeal from the United States District Court for the District of Maryland, at Baltimore. Norman P. Ramsey, District Judge. (C/A No. 88-2650-R)
 Rocky Dee Hines, appellant pro se.
 Paul T. Cuzmanes, Wilson, Elser, Moskowitz, Edelman & Dicker, for appellee.
 D.Md.
 AFFIRMED.
 Before K.K. HALL, SPROUSE and WILKINS, Circuit Judges.
 PER CURIAM:
 
 
 1
 Rocky Dee Hines appeals from the district court's order denying relief under 42 U.S.C. Sec. 1983. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Hines v. PHP Corporation, CA-88-2650-R (D.Md. Sept. 28, 1989). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.